

# haynesboone



February 19, 2015

*Via Hand-Delivery*

District Clerk
U.S. District Court – Northern District of Texas
1100 Commerce Street, #1452
Dallas, TX 75242

Re:   *Bruce Ibe, et al. v. National Football League;* Civ. A. No. 11-CV-00248-M

Dear Clerk:

Enclosed please find two (2) DVD copies of 'Exhibit A-9' to Appendix in Support of Defendant National Football League's Responses to Plaintiffs' Motions in Limine, filed via ecf yesterday [Docket #380]. Please include the DVD's in the court's file of the above mentioned filing.

Thank you in advance for your assistance with this matter.

Sincerely,

Angela Josephs
Paralegal
(214)651-5871
(214)200-0492 (fax)
angela.josephs@haynesboone.com

Encls.

Haynes and Boone, LLP
Attorneys and Counselors
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: 214.651.5000
Fax: 214.651.5940
www.haynesboone.com

