# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| BRUCE IBE,<br>CONSTANCE YOUNG, JASON MCLEAR,<br>ROBERT FORTUNE,<br>DEAN HOFFMAN, KEN LAFFIN, DAVID<br>WANTA, and REBECCA BURGWIN,<br><br>Plaintiffs,<br>v.<br><br>NATIONAL FOOTBALL LEAGUE,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:11-CV-248-M |

## ORDER

On March 6, 2015, the parties advised the Court that they reached an agreement with respect to the Trial Subpoena of Ann Bihari. As a result, the Court's Order on the Motions to Quash and for Protective Orders [Docket Entry #430] is **AMENDED**, and the Motion to Quash and for Protective Order as to Ann Bihari is **DENIED** as moot.

**SO ORDERED.**

March 6, 2015.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**