UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRUCE IBE, <br> JASON MCLEAR, <br> ROBERT FORTUNE, <br> DEAN HOFFMAN, KEN LAFFIN, DAVID <br> WANTA, and REBECCA BURGWIN, <br><br> Plaintiffs, <br> v. <br><br> NATIONAL FOOTBALL LEAGUE, <br><br> Defendant. | § § § § § § § § § § § § § | Civil Action No. 3:11-CV-248-M |

## ORDER

The NFL is directed to respond to Docket Entry #438, which the Court has sua sponte sealed, by close of business on Friday, March 13, 2015.

The NFL shall furnish to the Court the full deposition in issue, along with a copy of any subpoena issued for such testimony.

**SO ORDERED.**

March 11, 2015.

*[Signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS