## Verdict of the Jury

We, the jury, have answered the above and foregoing questions as indicated, and herewith return the same into Court as our verdict.

Dated: 3/12 , 2015.

███████████████
FOREPERSON
███████████████

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR 1 2 2015

CLERK, U.S. DISTRICT COURT
By _____ Deputy

18