# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| BRUCE IBE, JASON MCLEAR, ROBERT FORTUNE, DEAN HOFFMAN, KEN LAFFIN, DAVID WANTA, and REBECCA BURGWIN, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 3:11-CV-248-M |
| NATIONAL FOOTBALL LEAGUE, | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant NFL's Motion to Deny or Retax Costs and Objection to Plaintiffs' Bill of Costs [Dkt. No. 502]. The Motion is hereby **REFERRED** to Magistrate Judge Toliver for hearing, if necessary, and recommendation or determination.

All future filings regarding the referred motion should be addressed to the United States Magistrate Judge, not to the District Judge, and should be accompanied by a transmittal letter addressed to the Magistrate Judge, so that filings will reach her without delay.

**SO ORDERED.**

June 8, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
**NORTHERN DISTRICT OF TEXAS**